UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

---

Michael J. Tchida,

Plaintiff,

vs.

Conopco, Inc., d/b/a Unilever Bestfoods North America,

Defendant.

Civil File No. 0:01cv01730 (JMR/RLE)

**STIPULATION AND ORDER REGARDING CONFIDENTIALITY**

---

**STIPULATION**

1. The Pretrial Scheduling Order, filed by the Court on January 15, 2002, provides, inter alia, as follows:

   a All dispositive Motions shall be filed and the hearing completed on or before October 30, 2002; and,

   b. This matter shall be ready for trial on October 30, 2002, or upon the resolution of any pending dispositive motions.

2. In August, 2002, Defendants' counsel was advised by Court's calendar clerk that the Court would consider the October 30, 2002 deadline to apply to the filing of all papers in connection with a dispositive motion, and that the Court would then schedule a hearing on the motion following the filing of such papers;

3. On September 30, 2002, in accordance with D. Minn. L.R. 7.1, Defendant served upon Plaintiff papers supporting a motion for summary judgment, advising Plaintiff's counsel that Plaintiff's responsive papers would be due on October 22, 2002, and that documents supporting Defendant's reply

FILED NOV 6 2002
RICHARD D. SLETTEN
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

memorandum would be served upon Plaintiff's counsel, and all motion papers would be filed with the Court on October 30, 2002.

4. Plaintiff and Defendant wish to extend the time for the service and filing of dispositive motion papers by three days; therefore it is hereby stipulated by and between the parties, through their respective undersigned attorneys that Plaintiff's documents opposing Defendant's summary judgment motion will be provided to Defendant's counsel on Friday, October 25, 2002, and papers supporting Defendant's reply memorandum will be provided to Plaintiff's counsel (and all motion papers filed with the Court) on November 4, 2002. It is further stipulated that the Pretrial Scheduling Order may be amended as follows:

a. Filing of dispositive motions: November 4, 2002.

5. Since this matter is scheduled to be ready for trial on October 30, 2002, or the completion of dispositive motions, the proposed brief extension of the time to file dispositive motions will not unduly delay the trial in this action.

Dated: October 22, 2002.

MASLON EDELMAN BORMAN & BRAND, LLP

By: ______________________

James F. Hanneman (MN ID #202319)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8365
Facsimile: (612) 642-8365

COUNSEL FOR DEFENDANT

Dated: October 22, 2002.

WILLIAM D. PAUL

By: 
William D. Paul (MN ID # 164811)
1217 East First Street
Duluth, MN 55805
Telephone: (218) 728-5633
Facsimile: (218) 728-0038

COUNSEL FOR PLAINTIFF

**ORDER**

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the above Stipulation shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply therewith.

IT IS FURTHER ORDERED that the Pretrial Schedule in this matter is amended tc allow for the filing of dispositive motion papers on or before November 4, 2002.

Dated: November 5, 2002.

BY THE COURT:

James M. Rosenbaum
United States District Court Judge