2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1730 (JMR/RLE)

| | | |
|---|---|---|
| Michael Tchida | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Conopco, Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 7, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____