UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

---

Michael J. Tchida,

Plaintiff,

vs.

Conopco, Inc., d/b/a Unilever Bestfoods North America,

Defendant.

Civil File No. 0:01cv01730 (JMR/RLE)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice, with each party to bear its own costs and attorney's fees.

IS FURTHER STIPULATED that without further notice the clerk of court may enter a judgment of dismissal with prejudice, without costs, disbursements, or attorneys' fees to any of the parties.

Dated: February 6, 2003.

MASLON EDELMAN BORMAN & BRAND, LLP

By: [signature]
James F. Hanneman (MN ID #202319)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8365
Facsimile: (612) 642-8365

COUNSEL FOR DEFENDANT

FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 13 2003
DEPUTY CLERK'S INITIALS ______

Dated: February 10, 2003.

WILLIAM D. PAUL

By: [signature]
William D. Paul (MN ID # 164811)
1217 East First Street
Duluth, MN 55805
Telephone: (218) 728-5633
Facsimile: (218) 728-0038

COUNSEL FOR PLAINTIFF

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein, this action shall be and hereby is dismissed, with prejudice, and without costs and disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 12, 2003.

BY THE COURT:

The Honorable James M. Rosenbaum
United States District Court Judge